ACCEPTED
03-16-00817-CV
14560661
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/4/2017 3:25:32 PM
JEFFREY D. KYLE
CLERK

No. 03-16-00817-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/4/2017 3:25:32 PM
JEFFREY D. KYLE
Clerk

**BRUCE BOATNER AND CAROLE BOATNER**
*Appellants*

**v.**

**CRAIG REITZ**
*Appellee*

**APPEAL FROM CAUSE NO. 16-0524-C;
COUNTY COURT AT LAW #2
HON. DAVID GLICKLER, PRESIDING**

## UNOPPOSED MOTION TO EXTEND TIME FOR FILING APPELLEE'S BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Craig Reitz, the Appellee, moves this court to grant an extension of time to file Appellee's Brief, and respectfully seeks such relief based on the following:

1. Appellee's brief is currently due on or before January 9, 2017. However, additional time is needed to adequately prepare the Appellee's brief primarily because of previously scheduled time out of the office for the Christmas/New Year's holidays and commitments on other cases in early January, including an appeallate brief due in this Court on January 17, 2017.

2.     Appellee has been unable to adequately and appropriately prepare the brief in this appeal and additional time is needed to adequately prepare the arguments in this case. Accordingly, Appellee seeks a two (2) week extension, until January 23, 2017 (30 days from the filing of the transcript) to file Appellee's Brief.

3.     This extension of time is necessary to allow for appropriate briefing and is not being sought for delay. This is the first extension of time Appellee has sought for the filing of the Appellee's Brief and Appellee does not foresee requesting an additional extension.

For these reasons, Appellee, Craig Reitz, respectfully requests that this Court render an order extending the time for filing Appellee's Brief to and including January 23, 2017, and also requests any other relief to which he may be entitled.

Respectfully submitted,

Law Office of David Junkin
15401 RR12, Suite 105
P.O. Box 2910
Wimberley, TX  78676
512/847-8600
512/847-8604 (fax)
david@junkinlawoffice.com

_____
David Junkin
State Bar No. 11058020
Attorney for Appellee, Craig Reitz

## CERTIFICATE OF CONFERENCE

This is to certify that I have communicated with counsel for Appellants and he is NOT opposed to this motion.

_____
David Junkin

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion to extend was served on January 4, 2017, in the manner indicated below and on the following person(s):

**VIA FACSIMILE AND/OR ESERVE**

J. Patrick Sutton
1706 W. 10th Street
Austin, TX 78703

_____
David Junkin